IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    **Plaintiff,**

V.

    CASE NO. C2-10-419
    JUDGE EDMUND A. SARGUS, JR.
    MAGISTRATE JUDGE NORAH MCCANN KING

DONALD W. DETRICK, et al.,

    **Defendants.**

## ORDER

The undersigned hereby RECUSES himself from this case. The Clerk shall use a random draw to assign a new judge to this case.

**IT IS SO ORDERED.**

5-17-2010
**DATE**

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE